SARAH R. CROSS, Respondent, *v.* CHRISTIAN D. BEDROSIAN, Appellant.

(Submitted March 10, 1913; decided March 18, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 207 N. Y. 711.)

---

HERMAN VAN SLOCHEM, Respondent, *v.* HAROLD G. VILLARD et al., Defendants, and EDWARD ASHFORTH et al., Appellants.

*Van Slochem* v. *Villard (Ashforth),* 154 App. Div. 166, affirmed. (Argued February 27, 1913; decided March 18, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1912, which affirmed an order of Special Term denying a motion for judgment in favor of defendants, appellants, on the pleadings in an action for fraud and deceit.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*Michael H. Cardozo, Jr.,* and *Brison Howie* for appellants.

*Henry L. Scheuerman* and *Herbert R. Limburg* for respondent.

Order affirmed, with costs, question certified answered in the affirmative on opinion in *Van Slochem* v. *Villard* (207 N. Y. 587).

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.